UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN WALKER, JR.,<br><br>      Plaintiff,<br><br> -against-<br><br>THE CITY OF BUFFALO; THE COUNTY OF ERIE; MICHAEL G. GUADAGNO; JOHN MONTONDO; LINDA J. FIAL AS EXECUTOR FOR THE ESTATE OF ROBERT GRABOWSKI; AND MARTIN BULLOCK AS EXECUTOR FOR THE ESTATE OF JAMES E. HUNTER,<br><br>      Defendants. | 22-cv-520<br><br>**NOTICE OF PLAINTIFF'S MOTION TO AMEND COMPLAINT** |

  PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Gideon Hanft, and the annexed exhibits, Plaintiff John Walker, Jr., by and through the undersigned attorneys, respectfully moves this Court for an order granting Plaintiff's motion to amend his complaint pursuant to this Court's Case Management Order, Dkt. No. 34 at ¶ 5, and Federal Rule of Civil Procedure 15(a)(2).

Dated: December 21, 2022       Respectfully submitted,

                /s/ *Joel B. Rudin*
                LAW OFFICES OF JOEL B. RUDIN, P.C.
                Joel B. Rudin
                David E. Rudin
                Carnegie Hall Tower
                152 West 57th Street, 8th Floor
                New York, New York 10019
                (212) 752-7600

jbrudin@rudinlaw.com
david@rudinlaw.com


/s/ *Ross E. Firsenbam*
WILMER CUTLER PICKERING
  HALE AND DORR LLP
Ross E. Firsenbaum
Ryanne E. Perio
Gideon A. Hanft (*Pro Hac Vice*)
Phoebe Silos (*Pro Hac Vice*)
Erin Hughes (*Pro Hac Vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
ross.firsenbaum@wilmerhale.com
ryanne.perio@wilmerhale.com
gideon.hanft@wilmerhale.com
phoebe.silos@wilmerhale.com
erin.hughes@wilmerhale.com



/s/ *Timothy W. Hoover*
HOOVER & DURLAND LLP
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, NY 14202
(716) 800-2600
thoover@hooverdurland.com
sdurland@hooverdurland.com

*Attorneys for Plaintiff John Walker, Jr.*