# EXHIBIT 4

# Surrogate's Court of the County of Erie

On the Date Written Below LIMITED LETTERS OF TEMPORARY ADMINISTRATION were granted by the Surrogate's Court of Erie County, New York as follows:

File #: 1982-1288/A

Name of Decedent: Francis M Manista Jr

Date of Death: February 25, 1982

Domicile of Decedent: Erie County

Fiduciary Appointed:
    Jennifer G Flannery- Erie Co Public Admin 200 Delaware Avenue Suite 1200 Buffalo NY 14202

Letters Issued: LIMITED LETTERS OF TEMPORARY ADMINISTRATION

Limitations: Limited to the acceptance of service of process in the Petitioner's lawsuits, as well as any similarly situated plaintiffs, and the execution of any documents that may be required to be executed for the settlement of said lawsuit and other plaintiffs' lawsuits.

Dated: October 24, 2022

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

*Linda Coyle Novotny* (signature)

Linda C. Novotny, Esq., Chief Clerk

These Letters are Not Valid Without the Raised Seal of the Erie County Surrogate's Court

Attorney: Thomas F Hewner 37 Franklin Street Suite 900  Buffalo NY 14202

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.

# Surrogate's Court of the County of Erie

On the Date Written Below LIMITED LETTERS OF TEMPORARY ADMINISTRATION were granted by the Surrogate's Court of Erie County, New York as follows:

File #: 1995-3976/A

Name of Decedent: Robert F Arnet

Date of Death: September 11, 1995

Domicile of Decedent: Village Of Kenmore

Fiduciary Appointed:
   Jennifer G Flannery- Erie Co Public Admin 200 Delaware Avenue Suite 1200 Buffalo NY 14202

Letters Issued: LIMITED LETTERS OF TEMPORARY ADMINISTRATION

Limitations: Limited to the acceptance of service of process in the Petitioner's lawsuits, as well as any similarly situated plaintiffs, and the execution of any documents that may be required to be executed for the settlement of said lawsuit and other plaintiffs' lawsuits.

Dated: October 24, 2022

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

*Linda Coyle Novotny*

---

Linda C. Novotny, Esq., Chief Clerk

These Letters are Not Valid Without the Raised Seal of the Erie County Surrogate's Court

Attorney: Thomas F Hewner 37 Franklin Street Suite 900  Buffalo NY 14202

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.

# Surrogate's Court of the County of Erie

On the Date Written Below LIMITED LETTERS OF TEMPORARY ADMINISTRATION were granted by the Surrogate's Court of Erie County, New York as follows:

File #: 1996-1565/A

Name of Decedent: Leo J Donovan
  aka: Leo J Donovan Sr

Date of Death: March 30, 1996

Domicile of Decedent: Town Of Tonawanda

Fiduciary Appointed:
  Jennifer G Flannery- Erie Co Public Admin 200 Delaware Avenue Suite 1200 Buffalo NY 14202

Letters Issued: LIMITED LETTERS OF TEMPORARY ADMINISTRATION

Limitations: Limited to the acceptance of service of process in the Petitioner's lawsuits, as well as any similarly situated plaintiffs, and the execution of any documents that may be required to be executed for the settlement of said lawsuit and other plaintiffs' lawsuits.

Dated: October 24, 2022

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

*Linda Coyle Novotny* (signature)

Linda C. Novotny, Esq., Chief Clerk

These Letters are Not Valid Without the Raised Seal of the Erie County Surrogate's Court

Attorney: Thomas F Hewner 37 Franklin Street Suite 900  Buffalo NY 14202

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.

# Surrogate's Court of the County of Erie

On the Date Written Below LIMITED LETTERS OF TEMPORARY ADMINISTRATION were granted by the Surrogate's Court of Erie County, New York as follows:

File #: 1997-4640/A

Name of Decedent: Frank C Deubell

Date of Death: October 24, 1997

Domicile of Decedent: City Of Buffalo

Fiduciary Appointed:
    Jennifer G Flannery- Erie Co Public Admin 200 Delaware Avenue Suite 1200 Buffalo NY 14202

Letters Issued: LIMITED LETTERS OF TEMPORARY ADMINISTRATION

Limitations: Limited to the acceptance of service of process in the Petitioner's lawsuits, as well as any similarly situated plaintiffs, and the execution of any documents that may be required to be executed for the settlement of said lawsuit and other plaintiffs' lawsuits.

Dated: October 24, 2022

IN TESTIMONY WHEREOF, the seal of the Erie County Surrogate's Court has been affixed.

WITNESS, Hon Acea M. Mosey, Judge of the Erie County Surrogate's Court

*Linda Coyle Novotny* [signature]

Linda C. Novotny, Esq., Chief Clerk

These Letters are Not Valid Without the Raised Seal of the Erie County Surrogate's Court

Attorney: Thomas F Hewner 37 Franklin Street Suite 900  Buffalo NY 14202

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name. All funds must be deposited in the name of fiduciary and to the credit of the estate. Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such change may result in the suspension or revocation of letters.