UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| JOHN WALKER, JR., | **NOTICE OF MOTION** |
| Plaintiff, | Case No.: 1:22-cv-00520 |
| v. | |
| CITY OF BUFFALO, ET AL., | |
| Defendants. | |

_____

| | |
|---|---|
| <u>MOTION MADE BY</u>: | Defendant, County of Erie |
| <u>DATE, TIME AND PLACE</u>: | At a date and time determined by the Court, Robert H. Jackson Courthouse, 2 Niagara Square, Buffalo NY 14202 |
| <u>SUPPORTING PAPERS</u>: | Statement of Undisputed Material Facts; Defendant County of Erie's Appendix to Local Rule 56 Statement of Material Facts; and Memorandum of Law |
| <u>RELIEF REQUESTED</u>: | An Order of this Court: |

1. Granting Defendant County of Erie's motion for summary judgment dismissing all claims alleged against it in this case; and

2. For such other and further relief as the Court deems just and proper.

| | |
|---|---|
| <u>GROUNDS FOR RELIEF</u>: | Fed. Rule. Civ. 12(c);<br>Fed. Rule. Civ. 56 |

Dated: June 3, 2024
      Buffalo, New York

                                              **LIPPES MATHIAS LLP**

                                              s/Jennifer C. Persico
                                              Jennifer C. Persico, Esq.
                                              Brian C. Mahoney, Esq.
                                              Alexander W. Eaton, Esq.
                                              *Attorneys for Defendant, County of Erie*
                                              50 Fountain Plaza, Suite 1700
                                              Buffalo, New York 14202
                                              Telephone: (716) 853-5100
                                              Email: jpersico@lippes.com
                                                        bmahoney@lippes.com
                                                        aeaton@lippes.com