**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN WALKER, JR., | ) ) ) |
| Plaintiff, | ) )  **Case No. 1:22-cv-520** |
| - against - | ) ) ) |
| THE CITY OF BUFFALO, *et al.*, | ) ) ) |
| Defendants. | ) |

**STATEMENT OF CLAIMS TO BE PURSUED AT TRIAL AND
STATEMENT OF DAMAGES PURSUANT TO PARAGRAPHS G AND H OF
THE COURT'S PRETRIAL ORDER**

## STATEMENT OF CLAIM

*Monell* claim under 42 U.S.C. § 1983 for violations of civil rights, as alleged in the seventh claim of Plaintiff's Amended Complaint.

## STATEMENT OF DAMAGES

John Walker is not seeking special damages. Mr. Walker seeks recovery for all damages and injuries caused by his wrongful conviction and loss of liberty during pretrial and posttrial incarceration and parole supervision, including but not limited to damages resulting from: his loss of liberty, privacy, and personal autonomy; past, current, and future physical illnesses and injuries; past, current, and future mental and emotional suffering; and loss of the services, society, companionship, and consortium of family members. Mr. Walker also will seek recovery of his legal fees and costs pursuant to the fee-shifting provisions of 42 U.S.C. § 1988 and other applicable law, and any interest and any other relief allowed by law.

Dated:       February 10, 2025           Respectfully submitted,

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
By: /s/ Ryanne E. Perio
Ross E. Firsenbaum
Ryanne E. Perio
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
ross.firsenbaum@wilmerhale.com

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin

1

Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**HOOVER & DURLAND LLP**
By: /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*sdurland@hooverdurland.com*

*Attorneys for Plaintiff John Walker, Jr.*