UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN WALKER,

        Plaintiff,                                Civil Action No. 22-cv-520

    v.

COUNTY OF ERIE,

        Defendant.
_____

## COUNTY OF ERIE'S NOTICE OF POST-TRIAL MOTION
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(a)

      **PLEASE TAKE NOTICE** that upon the accompanying Declaration of Kirstie A. Means, Esq. dated May 20, 2025 with Exhibits A through F and Memorandum of Law dated May 20, 2025, Defendant County of Erie (the "County"), by and through its attorneys, hereby moves for an Order granting: (i) a new trial or in the alternative, a conditional order of remittitur of the jury's award pursuant to Federal Rule of Civil Procedure 59(a), (ii) together with any such other and further relief the Court deems just and proper. Pursuant to Local Rule 7(a)(1), the County requests and notes its intent to file reply papers.

Dated: May 20, 2025

                **LIPPES MATHIAS LLP**

                *s/Kirstie A. Means*
                Jennifer C. Persico, Esq.
                Brian C. Mahoney, Esq.
                James. P. Blenk, Esq.
                Kirstie A. Means, Esq.
                Thomas R. Southard, Esq.
                *Attorneys for Defendant, County of Erie*
                50 Fountain Plaza, Suite 1700
                Buffalo, New York 14202
                (716) 853-5100
                jpersico@lippes.com
                bmahoney@lippes.com
                jblenk@lippes.com
                kmeans@lippes.com
                tsouthard@lippes.com