**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| JOHN WALKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:22-cv-520** |
| | ) | |
| - against - | ) | |
| | ) | |
| THE CITY OF BUFFALO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF JOHN WALKER, JR.'S NOTICE OF APPLICATION FOR
ATTORNEYS' FEES AND COSTS**

ACTIVEUS 210034561v.3

Plaintiff John Walker, Jr. files this Notice of Application for Attorneys' Fees and Costs requesting that this Court grant Plaintiff's request for attorneys' fees and costs incurred through April 30, 2025, plus award Plaintiff reasonable attorneys' fees and costs incurred during future periods as set forth in quarterly supplemental fee applications.

**Requests for Relief:** Plaintiff requests that this Court grant this Application for Attorneys' Fees and Costs and issue an order awarding attorneys' fees and costs incurred through April 30, 2025, and allow Plaintiff to submit quarterly supplemental fee applications for reasonable attorneys' fees and costs incurred thereafter, with the first such submission due August 29, 2025, covering work performed through July 31, 2025.

**Grounds for Relief and Supporting Papers.** The grounds for Plaintiff's request are set forth in the supporting memorandum and declarations contemporaneously filed with this Application.

**Opposition Papers, Reply Papers, and Oral Argument.** Opposition papers, if any, shall be due June 30, 2025, and Plaintiff's reply papers shall be due July 13, 2025. *See* Dkt. 385.

Dated:          May 30, 2025                    Respectfully submitted,

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
By: /s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

1

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Partha Sharma
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**HOOVER & DURLAND LLP**
By:  /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*sdurland@hooverdurland.com*

*Attorneys for Plaintiff John Walker, Jr.*

2