**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| JOHN WALKER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:22-cv-520** |
| | ) | |
| - against - | ) | |
| | ) | |
| COUNTY OF ERIE, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S NOTICE REGARDING SUPPLEMENTAL PETITION(S) FOR
ATTORNEYS' FEES AND COSTS**

Plaintiff John Walker, Jr., respectfully submits this notice regarding his intent to file one or more supplemental applications for attorneys' fees and costs incurred pursuant to 28 U.S.C. § 1988.

On May 30, 2025, Plaintiff filed his initial petition for attorneys' fees and costs in this matter. Dkt. 387 (the "Fee Petition"). The Fee Petition sought payment of attorneys' fees and costs incurred through April 30, 2025, and requested leave to file on a quarterly basis supplemental fee petitions for payment of fees and costs incurred after that date. Dkt. 387-1. The parties have submitted further briefing regarding the Fee Petition, *see* Dkts. 392, 396, 398, 401, 402, 403, 404, 405, and the Fee Petition along with the County's related motions are *sub judice*.

Because Plaintiff proposed in the Fee Petition to file supplemental petitions on a quarterly basis, and because three months since Plaintiff filed the Fee Petition will have passed on August 30, 2025, to avoid any appearance or risk of waiver, Plaintiff respectfully submits this Notice to inform the Court and the County that Plaintiff will await the Court's ruling on the Fee Petition

1

before filing any supplemental petitions and will submit any supplemental petitions if and how the

Court so permits in its ruling.

Dated:          August 29, 2025              Respectfully submitted,

**LAW OFFICES OF JOEL B. RUDIN, P.C.**
By: /s/ Joel B. Rudin
Joel B. Rudin
David E. Rudin
Partha Sharma
Carnegie Hall Tower
152 West 57th Street, 8th Floor
New York, New York 10019
(212) 752-7600
*jbrudin@rudinlaw.com*

**WILMER CUTLER PICKERING
HALE AND DORR LLP**
By: /s/ Ross E. Firsenbaum
Ross E. Firsenbaum
Gideon A. Hanft
Phoebe Silos
Erin Hughes
Trena Riley
Melissa Zubizarreta
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
*ross.firsenbaum@wilmerhale.com*

**HOOVER & DURLAND LLP**
By:  /s/ Spencer L. Durland
Timothy W. Hoover
Spencer L. Durland
561 Franklin Street
Buffalo, New York 14202
(716) 800-2600
*thoover@hooverdurland.com*

*Attorneys for Plaintiff John Walker, Jr.*

2